# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 303 EAL 2014
:
                  Petitioner :
: Petition for Allowance of Appeal from the
: **Unpublished Memorandum and Order**
            v. : of the Superior Court at No. 1917 EDA
: 2012 filed March 25, 2014, **vacating**
: the Order of the Philadelphia County
JOHN JACKSON, : Court of Common Pleas at No.
: CP-51-CR-0203341-2004 filed
           Respondent : May 25, 2012

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is hereby **GRANTED**. The order of the Superior Court remanding the case for an evidentiary hearing to assess whether counsel had a reasonable basis for not objecting to the detective's testimony is **VACATED**, in light of respondent's failure to aver facts in his PCRA petition establishing his right to relief. See 42 Pa.C.S. § 9543(a); Commonwealth v. Hanible, 30 A.3d 426, 438-43 (Pa. 2011); see also Commonwealth v. Spotz, 84 A.3d 294, 319 (Pa. 2014) (remand for reasonable-basis hearing unnecessary where it is apparent petitioner failed to establish prejudice (citations omitted)). Jurisdiction relinquished.

    Mr. Justice Saylor files a Dissenting Statement.

    Madame Justice Todd joins Dissenting Statement.